Date: 07-25-14   Judge: **LIAM O'GRADY**   Reporter: N. Linnell
Time: 2:03   To 4:16

UNITED STATES of AMERICA
vs.

ZHIWEI CHEN -003                                    1:13cr383
Defendant's Name                                    Case Number

Marina Medvin                              Alexander Nguyen and Richard Green
Counsel for Defendant                              Counsel for Government

The following motion was heard:

Defendant Chen's [154] Motion to Suppress – evidence adduced by both parties – motion denied.

Order to follow.